

**BARRY • CORRADO & GRASSI, P.C.**
ATTORNEYS AT LAW

MAILING ADDRESS:
2700 PACIFIC AVENUE
WILDWOOD, NEW JERSEY 08260
P: 609 729 1333; FAX 609 522 4927

2106 NEW ROAD, SUITE F4
LINWOOD, NEW JERSEY 08221

601 LONGWOOD AVENUE, SUITE A
CHERRY HILL, NEW JERSEY 08002

WWW.CAPELEGAL.COM

STEPHEN W. BARRY*
FRANK L. CORRADO
OLIVER T. BARRY♦
SUZANNE PASLEY
JUSTIN D. TURNER
ERIKA LEZAMA-SIMONSON

OF COUNSEL:
JOSEPH C. GRASSI*

*CERTIFIED CIVIL TRIAL ATTORNEY
♦MEMBER OF NJ AND PA BARS

April 5, 2022

**VIA eCOURTS ELECTRONIC FILING**
The Honorable Ann Marie Donio, U.S.M.J.
United States District Court
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
P.O. Box 850
Camden, NJ 08101

    Re:  Forrest, Alanda v. City of Camden
           Case No.: 1:09-cv-01555-RBK-AMD

Your Honor:

I represent the plaintiff in this matter.  I have discussed with my client his most recent filing (Document 296) and respectfully request the petition be withdrawn.

I will await your decision.  Thank you.

Respectfully,

BARRY, CORRADO & GRASSI, P.C.

OLIVER T. BARRY
/ceb
cc:  Edward F. Kuhn, Esquire (via electronic filing)
     Alanda Forrest