UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   June 2, 2022

**JUDGE ROBERT B. KUGLER**

**COURT REPORTER:**   ANN MARIE MITCHELL

**TITLE OF CASE:**            **DOCKET NO.:** 09-1555 (RBK)(AMD)

ALANDA FORREST
v
CITY OF CAMDEN

**APPEARANCES:**
Oliver T. Barry, Esq., for Plaintiff
Edward F. Kuhn, Esq., for Defendants

**NATURE OF PROCEEDINGS**:   SETTLEMENT CONFERENCE

Outline of terms of settlement agreement placed on the record.
60-day order of dismissal to issue.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 11:30a.m.    Time Adjourned: 1:45p.m.    Total Time in Court: 2:15